ACCEPTED
06-14-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2015 4:52:47 PM
DEBBIE AUTREY
CLERK

## NO.  06-14-00109-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| **VS.** | § | **6th COURT** | 6/17/2015 4:52:47 PM |
| | § | | DEBBIE AUTREY |
| **MARLO DONTA PERSONS** | § | **OF APPEALS** | Clerk |

### MOTION TO WITHDRAW AFTER APPEAL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Elisha Hollis, Movant and attorney of record for Defendant, Marlo Donta Persons, brings this Motion to Withdraw After Appeal as counsel and in support thereof shows:

1.      Movant was appointed by the Court to represent Defendant in the appeal of this cause.

2.      Defendant, Marlo Donta Persons, was convicted Possession of cocaine in an amount of 400 grams or more on June 05, 2014.

3.      The Court of Appeals Sixth Appellate District of Texas affirmed the judgment of the trial court on June 02, 2015.

4.      Tara Long, a licensed attorney in Texas is seeking to substitute in to represent the Defendant. Defendant request the Court allow Ms. Long to substitute in and represent the Defendant in his Petition for Discretionary Review in this case. Ms. Long's bar number is 24032680. Her contact information is as follows:

2656 South Loop W, Ste. 103

Houston, TX 75054
Phone: 713-349-8896
Fax:  713-349-8863


5.　　Movant has advised Defendant of his right to file a Petition for Discretionary Review.

6. A copy of this motion will be mailed to the Defendant at his last known address:

Marlo Persons
ID # 1939454
Eastham Unit
2665 Prison Rd. # 1
Lovelady, TX  75851


## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Elisha Hollis to withdraw as counsel for Marlo Donta Persons and from any further representation of Marlo Donta Persons in this cause. Defendant and Movant further pray the Court Attorney Tara Long to represent Defendant in the petition for discretionary review of this case.


Respectfully submitted,

The Law Office of Elisha Hollis
2608 Stonewall Street
Greenville, Texas 75401
Tel: (903) 450-2473
Fax: (903) 200-1290

ElishaHollis@gmail.com

By: /s/ Elisha Hollis
Elisha Hollis
State Bar No. 24083189
Attorney for Marlo Persons

## CERTIFICATE OF SERVICE

This is to certify that on June 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, 2507 Lee Street, Greenville, TX, by hand delivery.

By: /s/ Elisha Hollis
Elisha Hollis
State Bar No. 24083189